**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-2341**

———————————

SERENA J. ROBERTS,

                 Plaintiff - Appellant,

         v.

INTOWN SUITES; BRIAN SMITH; TONI JONES,

                 Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Solomon Blatt, Jr., Senior
District Judge.  (2:11-cv-02213-SB)

———————————

Submitted:  February 26, 2013      Decided:  February 28, 2013

———————————

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Serena J. Roberts, Appellant Pro Se.  Andreas Neal Satterfield,
Jr., JACKSON LEWIS, LLP, Greenville, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Serena J. Roberts appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil action contesting the termination of her employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roberts v. Intown Suites, No. 2:11-cv-02213-SB (D.S.C. Oct. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED